# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2025

## NO. 03-23-00244-CV

**Xiao Yu Wang, d/b/a Breeze Cooling & Heating, Appellant**

**v.**

**Haidong (Harry) Guo, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
BEFORE JUSTICES TRIANA, CRUMP AND ELLIS
REVERSED IN PART AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on March 28, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses in part the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.